IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAVONNE WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:17-cv-00548-SGC |
| ) | |
| KMG ENTERPRISES, INC., d/b/a ) | |
| INTERNATIONAL HOUSE OF PANCAKES, ) | |
| ) | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action with prejudice, the parties to bear their own costs and fees.

Respectfully submitted,

_____
Adam M. Porter
Attorney for Plaintiff
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999

_____
Breanna H. Young
Attorney for Defendant
Starnes Davis Florie, LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6020