FILED
2017 Jul-24 PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHAVONNE WARREN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-00548-SGC |
| KMG ENTERPRISES, INC., *d/b/a* *International House of Pancakes*, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

A stipulation of dismissal, signed by all parties who have appeared, has been filed in this action. (Doc. 18). Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** this 24th day of July, 2017.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE